RANDALL D. HAIMOVICI (SBN: 213635)
rhaimovici@shb.com
RACHAEL M. SMITH (SBN: 257866)
rxsmith@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Plaintiff
COMMERCE AND INDUSTRY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY, a New York corporation, ,<br><br>Plaintiff,<br><br>vs.<br><br>TITAN FRAMING, INC., a California corporation, and DOES 1 through 50, ,<br><br>Defendants. | Case No. 2:15-CV-02059-TLN-KJN<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

The Court having considered Plaintiff Commerce and Industry Insurance Company's Motion for Leave to Amend Complaint in this matter, it is hereby ordered as follows:

1.   Plaintiff's motion is GRANTED.

2.   Plaintiff's Second Amended Complaint attached as Exhibit B to the Declaration of Rachael M. Smith submitted in support of Plaintiff's motion is deemed filed.

**IT SO ORDERED:**

Dated: July 19, 2016

_____
Troy L. Nunley
United States District Judge