UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL JOSEPH CARTER,<br><br>　　　　Defendant. | No. 2:15-cv-2059-TLN-KJN<br><br><br>ORDER |

On June 2, 2017, plaintiff filed a motion for default judgment, which was noticed for hearing on July 6, 2017. (ECF No. 27.) In accordance with Local Rule 230(c), any opposition to that motion was due fourteen (14) days prior to the hearing, i.e., by June 22, 2017. Although that deadline has now passed, no opposition or statement of non-opposition to the motion was filed. Nevertheless, out of abundance of caution, the court finds it appropriate to provide defendant with one final opportunity to appear and oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 6, 2017 hearing is VACATED.
2. Defendant shall file any opposition or statement of non-opposition to the motion no later than July 13, 2017.
3. Any reply brief shall be due July 27, 2017.

1

4. Thereafter, the motion will be submitted for decision without oral argument on the record and written briefing pursuant to Local Rule 230(g). If the court subsequently determines that supplemental briefing or oral argument is necessary, the parties will be notified.

IT IS SO ORDERED.

Dated: June 28, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE